UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                              *
                                    *
AARON BERNELL HARGROVE              *      Case No. 09-29943-TJC
                                    *      (Chapter 7)
                Debtor              *

NOTICE OF PRIVATE SALE OF NON-EXEMPT PERSONAL PROPERTY

TO ALL CREDITORS AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that Merrill Cohen, Trustee for AARON BERNELL HARGROVE, the debtors herein, proposes to sell the property described, according to the terms and conditions stated below:

TYPE OF SALE:  Private

PROPERTY TO BE SOLD: The non-exempt equity the debtor's real estate broker's commissions and 2006 Nissan Quest.

PRICE:  $3,000.00 payable as follows: $500.00 per month commencing on January 7, 2010.

APPRAISAL VALUE: The debtors listed the value of the 2006 Nissan Quest as $13,080.00 and the real estate commissions as having a value of $1,700.00, for a total of $14,780.00. The debtor claimed an exemption in such property of $10,520.00.

NAME OF BUYER: Aaron B. Hargrove

BROKER:     None

COMPENSATION TO BROKER: N/A

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY: None

DEBTORS' EXEMPTION: None

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:  $3,000.00.

Any party objecting to the trustee's proposed sale must do so in writing and in accordance

1

with Local Rule 2002-1.  All objections should be filed with the Clerk of the Court, United States Bankruptcy Court, 6500 Cherrywood Drive, Suite 300, Greenbelt, Maryland  20770, with a copy served on the trustee at the address shown below.  A copy of the objection should also be served on the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland  20770.  All objections must be filed and served on or before **January 4, 2010**.  Objections must contain a complete specification of the factual and legal grounds upon which it is based.  If no objections are received, the sale may proceed in accordance with the terms herein without further order or notice.  The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

In the event an objection is filed, the hearing is scheduled for **January 11, 2010 at 11:00 a.m.**, in Courtroom 3E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Any party in interest with questions with respect to this matter may contact the Trustee.

DATE OF MAILING: December 11, 2008            /s/ Merrill Cohen
                                              Merrill Cohen, Trustee
                                              7910 Woodmont Avenue, Suite 1103
                                              Bethesda, Maryland  20814
                                              (301) 881-8300
                                              merrillc@cohenbaldinger.com